IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ARMANDO HERNANDEZ-MARTINEZ,** | 10-CV-74-SU |
| Petitioner, | **JUDGMENT** |
| v. | |
| **STATE OF OREGON,** | |
| Respondent. | |

Based on the Court's Opinion and Order (#18) issued January 19, 2011, the Court **DISMISSES** this matter.

IT IS SO ORDERED.

DATED this 19th day of January, 2011.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

1 - JUDGMENT